**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-4373**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     versus

JESUS GUEVARA,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (CR-01-270)

---

Submitted:  October 15, 2003     Decided:  October 30, 2003

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Craig W. Sampson, SAMPSON LAW FIRM, P.L.C., Richmond, Virginia, for Appellant.  Paul J. McNulty, United States Attorney, John S. Davis, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jesus Guevara appeals his conviction and sentence for membership in a conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846 (2000).  On appeal, Guevara asserts the district court erred in permitting the Government to admit inadmissible hearsay into evidence.  We review this claim for plain error.  Fed. R. Crim. P. 52(b); United States v. Olano, 507 U.S. 725, 731-32 (1993).  This claim is meritless.  Guevara fails to establish the admission of the challenged testimony affected the outcome of his proceedings.  Olano, 507 U.S. at 733-37.

Accordingly, we affirm Guevara's conviction and sentence.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED

2